## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARSHALL G. HILES, Individually         Case No.   1:12-CV-392
and as Assignee of the Claims of
Nathan and Brittney Honis,

     Plaintiff,                                    **Judge Timothy S. Black**

-vs-

NOVASTAR MORTGAGE, INC., *et al.*,

     Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

     **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

     **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Defendants' Motions to Dismiss (Docs. 9, 15) are **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: October 10, 2012                              **JOHN P. HEHMAN, CLERK**

                                                              By: *s/ M. Rogers*
                                                                Deputy Clerk