# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MARSHALL G. HILES, Individually
and as Assignee of the Claims of
Nathan and Brittney Honis,

    Plaintiff,

-vs-

NOVASTAR MORTGAGE, INC., *et al.*,

    Defendants.

Case No. 1:12-CV-392

**Judge Timothy S. Black**

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendants' Motions to Dismiss (Docs. 9, 15) are **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: October 10, 2012                                  **JOHN P. HEHMAN, CLERK**

                                                               By: *s/ M. Rogers*
                                                                 Deputy Clerk